IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>KING SECURITY SERVICES, et al.,<br><br>Defendants.<br>_____ | Nos.  C 12-4551 JSW (PR)<br>       C 12-4552 JSW (PR)<br>       C 12-4816 JSW (PR)<br>       C 12-4820 JSW (PR)<br>       C 12-4821 JSW (PR)<br>       C 12-4822 JSW (PR)<br>       C 12-4896 JSW (PR)<br>       C 12-4897 JSW (PR)<br>       C 12-4898 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

Over the course of approximately three weeks, Plaintiff, an inmate in the San Mateo County Jail and frequent litigator in this Court, filed these nine pro se civil rights cases. On May 18, 2000, this Court informed Plaintiff that under the "three-strikes" provisions of 28 U.S.C. § 1915(g) he generally is ineligible to proceed *in forma pauperis* in federal court with civil actions filed while he is incarcerated. *See Grimes v. Oakland Police Dept.*, C 00-1100 CW (Order Dismissing Complaint, 5/18/00). Since then, Plaintiff has continued to file hundreds of civil actions seeking *in forma pauperis* status. With respect to each action filed, the Court conducts a preliminary review to assess the nature of the allegations and to determine whether Plaintiff alleges facts which bring him within the "imminent danger of serious physical injury" exception to § 1915(g). In the past, Plaintiff has routinely been granted leave to amend to pay the full filing fee and to state cognizable claims for relief, but he has habitually failed to do so. For example, in 2003 alone Plaintiff's failure to comply resulted in the dismissal of approximately thirty-six actions under § 1915(g).

In accord with this ongoing practice, the Court has reviewed the allegations in the present actions and finds that Plaintiff alleges no facts which bring him within the "imminent danger" clause. Succinctly put, these actions challenge the validity of the arrest and criminal charges which led to his current incarceration. As has been explained to Plaintiff countless times, such claims are barred under *Heck v. Humphrey*, 512 U.S. 477 (1994) (state prisoner's § 1983 complaint for damages which implies invalidity of conviction or sentence must be dismissed unless plaintiff demonstrates conviction or sentence has already been invalidated). Therefore, it would be futile to grant Plaintiff leave to amend. And even if Plaintiff did amend, he would be required to pay the $350.00 filing fee, which he has never done.

Accordingly, this action is DISMISSED without prejudice under § 1915(g). The applications to proceed *in forma pauperis* are DENIED. No fee is due. If Plaintiff is so inclined, he may bring his claims in a new action accompanied by the $350.00 filing fee. In any event, the Court will continue to review under § 1915(g) all future actions filed by Plaintiff while he is incarcerated in which he seeks *in forma pauperis* status.

The Clerk of the Court shall CLOSE the file and TERMINATE all pending motions.

IT IS SO ORDERED.

DATED: October 4, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L GRIMES,<br><br>       Plaintiff,<br><br> v.<br><br>JOHN DOE et al,<br><br>       Defendant._____/ | Case Number: CV12-04551 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes 12675072
A-4, 9 bunk
San Francisco County Jail #1
850 Bryant Street
San Francisco, CA 94103

Dated: October 4, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEROME L GRIMES,

        Plaintiff,

  v.

DR BRIAN SCEMENSKY et al,

        Defendant.
                              /

Case Number: CV12-04552 JSW
CV12-04816 JSW
CV12-04820 JSW
CV12-04821 JSW
CV12-04822 JSW
CV12-04896 JSW
CV12-04897 JSW
CV12-04898 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
1 Moreland Drive
#12675072
San Bruno, CA 94066

Dated: October 4, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk